FILED

2024 JUN 21 AM 9:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: cm

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NUMBER **MJ 24-03719** |
| PLAINTIFF(S) | 1:24-cr-00080 |
| v. | |
| SANTOS BALMORE MARTINEZ | **AFFIDAVIT RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: _____
in the US District Court for the District of Columbia on June 18, 2024
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about October 2023 thru January 2024
in violation of Title 21 U.S.C., Section(s) 846
to wit: 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(c)

A warrant for defendant's arrest was issued by: US District Court for the District of Columbia

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by
_____, Deputy Clerk.

| | |
|---|---|
| /s | Brian Charles |
| Signature of Agent | Print Name of Agent |
| DEA | Special Agent |
| Agency | Title |