**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:24-mj-03719-DUTY-1 |
| Santos Balmore Martinez | |
| | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _Defendant Santos Balmore Martinez_, IT IS ORDERED that a detention hearing is set for _June 25_, _2024_, at _12:00_ ☐ a.m. / ☒ p.m. before the Honorable _Maria A. Audero_, in Courtroom _880_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _06/21/2024_

_____
~~U.S. District Judge~~/Magistrate Judge