# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:24-mj-03719-DUTY-1 — IDENTITY |
| Santos Balmore Martinez | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of <u>Defendant Santos Balmore Martinez</u>, IT IS ORDERED that a ~~detention~~ hearing is set for <u>July 2</u>, <u>2024</u>, at <u>10:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>Maria A. Audero</u>, in Courtroom <u>880</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 6/25/24

_____
U.S. District Judge/Magistrate Judge